IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| PATRICK JEROME STEWARD, | ) | |
| Register No. 505272, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4270-CV-C-SOW |
| | ) | |
| JUSTIN LAFOREST, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On December 13, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of December 13, 2006, is adopted. [6] It is further

ORDERED that plaintiff's claims against defendants Columbia Police Department, Norman Botsford, Daniel Winship and University of Missouri Hospital and Clinics are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: January 29, 2007