**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

PATRICK JEROME STEWARD,      )
Register No. 505272,             )
                                    )
              Plaintiff,        )
                                    )
                v.            )      No. 06-4270-CV-C-SOW
                                    )
JUSTIN LAFOREST, et al.,      )
                                    )
             Defendants.    )

## ORDER

On November 19, 2007, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims against defendant David Lorenz. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of November 19, 2007, is adopted. [77] It is further

ORDERED that plaintiff's claims against defendant David Lorenz are dismissed, pursuant to Fed. R. Civ. P. 4(m).


                                      /s/Scott O. Wright
                                      SCOTT O. WRIGHT
                                      Senior United States District Judge

Dated: December 26, 2007