IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| PATRICK JEROME STEWARD, | ) | |
| Register No. 505272, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4270-CV-C-SOW |
| | ) | |
| JUSTIN LAFOREST, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On March 6, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims against defendant Chelsey Manning. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 6, 2008, is adopted. [80] It is further

ORDERED that defendant Chelsey Manning's motion for summary judgment is granted and plaintiff's claims against defendant Manning are dismissed. [75]

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: April 7, 2008